```
BENJAMIN B. WAGNER
United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>EVAN THEODORE SMITH PRYOR,<br><br>          Defendant. | CASE NO. MAG - 01-224-GGH<br><br>MOTION TO DISMISS CRIMINAL COMPLAINT AND WARRANT FOR ARREST FOR EVAN THEODORE SMITH PRYOR; ORDER THEREON |

    Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the United States of America, by and through its undersigned counsel, hereby moves the Court, in the interest of justice, for an order dismissing without prejudice the criminal complaint and warrant for arrest for Evan Theodore Smith Pryor.

    A complaint charging Pryor and others with conspiracy to commit mail and wire fraud was filed over ten years ago, on approximately November 7, 2001. A no-bail warrant was issued for Pryor's arrest. Pryor was one of several defendants charged with crimes emanating from the Tri-West Investment Club, an Internet-based investment fraud scheme, which resulted in the conviction of Alyn Waage, Cary Alyn

Waage, Michael Webb, and Keith Nordick.  Pryor has never been apprehended.

Dated: April 25, 2012

                                      BENJAMIN B. WAGNER  
                                      United States Attorney

                                  By, /s/ John K. Vincent  
                                      JOHN K. VINCENT  
                                        Assistant U.S. Attorney

O R D E R

Based on the motion of the government, and GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that the complaint and arrest warrant filed against Evan Theodore Smith Pryor are hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: April 25, 2012

_____  
KENDALL J. NEWMAN  
UNITED STATES MAGISTRATE JUDGE